IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES M. CAVANAGH | : | CIVIL ACTION |
| ROSEANNE SCULLY CAVANAGH | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ELECTROLUX HOME PRODUCTS | : | No. 10-2890 |
| Defendant. | : | |

## ORDER

AND NOW, this **17th** day of **October 2012**, upon consideration of Defendant's Motion

for Summary Judgment and the parties' briefing related to that motion, and following oral

argument, it is ORDERED for the reasons set forth in the accompanying memorandum opinion:

    1.  The motion is DENIED on Plaintiffs' claims for negligence and strict liability.

    2.  The motion is GRANTED on Plaintiffs' claims for breach of warranties and

interference with their right of peaceful enjoyment of their real property.

    The case will proceed to trial as scheduled on the negligence and strict liability claims

only.


                BY THE COURT:


                 /s/ Timothy R. Rice
                TIMOTHY R. RICE
                United States Magistrate Judge